In the Matter of the Claim of TIMOTHY J. CONNOLLY, Appellant, against BALTIMORE and OHIO RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Appellant.

Submitted October 19, 1942; decided October 29, 1942.

*Robert Schwebel* and *Harold R. Oakes* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion on the ground that the notice of appeal was not served within the time prescribed by the Civil Practice Act.